# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>                 Plaintiff(s),<br><br>v.<br><br>HOLLY ANN KNOWLTON, an individual; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; REPUBLIC SILVER STATE DISPOSAL, INC. dba REPUBLIC SERVICES; SILVERADO LANE EAST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X; and ROE ENTITIES XI through XX,<br><br>                 Defendant(s). | 2:23-cv-00542-CDS-VCF<br><br>**ORDER** |

       Before the Court is the motion for scheduling conference pursuant to Local Rule 22-1 (ECF No. 10).

       Accordingly,

       IT IS HEREBY ORDERED that an in-person hearing on the motion for scheduling conference pursuant to Local Rule 22-1 (ECF No. 10), is scheduled for 1:00 PM, June 21, 2023, in Courtroom 3D.

       DATED this 31st day of May 2023.

                                                                   _____
                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE