WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Hugo E. Hernandez-Diaz, Esq.
Nevada Bar No. 15565
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
hhdiaz@wrightlegal.net
*Attorneys for Plaintiff, First American Trustee*
*Servicing Solutions, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>Plaintiff<br><br>vs.<br><br>HOLLY ANN KNOWLTON, an individual; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; REPUBLIC SILVER STATE DISPOSAL, INC. dba REPUBLIC SERVICES; SILVERADO LANE EAST HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X; and ROE ENTITIES XI through XX<br><br>Defendants | Case No.:  2:23-cv-00542-CDS-VCF<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO COLLECT ATTORNEY'S FEES AND COSTS; AND FOR DISMISSAL OF PLAINTIFF** |

First American Trustee Servicing Solutions, LLC ("Plaintiff"); Defendant Holly Ann Knowlton ("Knowlton"); Defendant Department of Housing and Urban Development ("United States of America"); and Defendant Silverado Lane Homeowners Association ("Silverado Lane") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Defendant Knowlton executed a deed of trust to secure a loan in the amount of $159,289.00 to purchase 10023 Fine Fern St, Las Vegas, NV 89183, APN: 177-27-614-041 (the "Property"), which was recorded on January 30, 2018, naming Quicken Loans Inc. as the Lender and Mortgage Electronic Registration Systems, Inc., ("MERS"), as the beneficiary solely as nominee for Lender and Lender's successors and assigns ("Deed of Trust"). Complaint (ECF No. 1-3 p. 6, at ¶10, citing Exhibit 1).

2.      On or about July 23, 2018, the Deed of Trust was assigned to Quicken Loans Inc. *Id*. at ¶ 11.

3.      On August 17, 2018 a Substitution of Trustee was recorded against the Property naming Plaintiff, as the Trustee under the Deed of Trust. *Id*. at ¶12.

4.      After Ms. Knowlton became delinquent on her Loan repayment obligation secured by the Deed of Trust, Plaintiff, after filing and mailing all required notices and taking all actions required by Nevada law, conducted a nonjudicial foreclosure on the Property on September 6, 2022 ("Foreclosure Sale"). *Id*. at ¶13. The amount of unpaid debt due on the Loan at the time of the Foreclosure Sale was $162,656.89, and the Property sold for $238,000.00 producing approximately $75,343.11 in excess proceeds. *Id*. Plaintiff subsequently ordered updated title documents from First American Title. The order cost Plaintiff $200.00 and the resulting invoice was paid from the excess proceeds. A "TSS Fee" of $125.00 is also owed to First American for processing costs leaving  $75,018.11 in excess proceeds (the "Excess Proceeds").

5.      Plaintiff has no interest in the Excess Proceeds, except to the extent of its attorney's fees and costs, reimbursable from the Excess Proceeds pursuant to NRS 40.462.

6.      The Excess Proceeds are being held in Plaintiff's trust account pending the Court's approval to deposit the Excess Proceeds with the Court.

7.      The Parties agree that Plaintiff's involvement in the case will no longer be necessary once it (1) has collected the attorney's fees and costs it has incurred in bringing forth this matter, and (2) has deposited the remaining Excess Proceeds with this Court.

8.      Accordingly, the Parties hereby stipulate to allow Plaintiff to collect its attorney's fees and costs, in the amount of $5,588.60, from the Excess Proceeds.

9.      The Parties further stipulate that Plaintiff will deposit the remaining $69,429.51 with this Court, where it will be held until such time that the Court determines the legal claims to the remaining Excess Proceeds.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

10.     The Parties further stipulate to dismiss Plaintiff with prejudice once the remaining Excess Proceeds are deposited with the Court and a Notice of Compliance is filed. Plaintiff in turn will have no further liability with respect to the issues, claims, excess proceeds in this action, nor the Interpleader Defendants.

DATED this 27th day of June, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Hugo E. Hernandez-Diaz
Christina V. Miller, Esq.
Nevada Bar No. 12448
Hugo E. Hernandez-Diaz, Esq.
Nevada Bar No. 15565
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
Attorney for Plaintiff, First American Trustee
Servicing Solutions, LLC

/s/ Tanika M. Capers
Tanika M. Capers, Esq.
Nevada Bar No. 10867
P.O. Box 77055
Madison, WI 53707
Attorney for Defendant, Silverado Lane East Homeowners Association Inc.

DAVID J. WINTERTON & ASSOCIATES, LTD.

/s/ David J. Winterton
David J. Winterton, Esq.
Nevada Bar No. 004142
7881 W. Charleston Blvd., Suite 220
Las Vegas, NV 89117
Attorney for Defendant, Holly Ann Knowlton

JASON M. FRIERSON
United States Attorney

/s/ Stephen R. Hanson II
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd, South, Suite 1100
Las Vegas, Nevada 89101
Attorney for the United States

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: __July 10_____, 2023