1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar No. 7709
3
STEPHEN R. HANSON II
4  Assistant United States Attorney
501 Las Vegas Blvd, South, Suite 1100
5  Las Vegas, Nevada 89101
702-388-6336
6  Stephen.Hanson@usdoj.gov

7  *Attorneys for the United States*

8
## UNITED STATES DISTRICT COURT
9  ## DISTRICT OF NEVADA

10

11  First American Trustee Servicing Solutions,
LLC,
12                          Plaintiff
13  v.
14  Holly Ann Knowlton, an individual;
Department of Housing and Urban
15  Development; Republic Silver State Disposal,
Inc. dba Republic Services; Silverado Lane
16  East Homeowners Association,

17
18                          Defendants
19

Case No. 2:23-cv-00542-CDS-MDC

**Stipulation of Dismissal**

20         The remaining parties in this case have received payment from the Clerk's office.

21  Pursuant to the Order for Release of Cash Deposits (ECF No. 19), the parties stipulate and

22  agree to dismiss this action with prejudice, each party to bear its own attorney fees and

23  costs.

24  ///
25  ///
26  ///
27  ///
28  ///

1    Respectfully submitted this 29th day of January 2024.

2

3   JASON M. FRIERSON
    United States Attorney                    DAVID J. WINTERTON & ASSOCIATES

4

5    _/s/ Stephen R. Hanson II_              _/s/ David J. Winterton_
    Stephen R. Hanson II                     David J. Winterton, Esq.

6   Assistant United States Attorney         *Attorney for Holly Ann Knowlton*

7

8   AMERICAN FAMILY MUTUAL INS. CO.

9
    _/s/ Tanika M. Capers_
10  Tanika M. Capers
    *Attorney for Silverado Lane East Homeowners Association*
11

12          Based on the parties' stipulation, this case is dismissed with prejudice, with each party

13  to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

14                                  IT IS SO ORDERED:

15

16  _____

17                                  UNITED STATES DISTRICT JUDGE

18

19                                  DATED: _January 29, 2024_

20

21

22

23

24

25

26

27

28